IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHERMAN T. COHEN                                                                            PLAINTIFF

v.                                            No. 2:10-cv-34-DPM

CITY OF AUGUSTA, ARKANSAS,
a public body corporate and politic;
THE CITY COUNCIL OF THE CITY
OF AUGUSTA, ARKANSAS, a public
body corporate; JIMMY RHODES, Mayor,
City of Augusta, Arkansas, individually
and in his official capacity; and
CHARLES ALLEN, Chief of Police, City
of Augusta Police Department, individually
and in his official capacity                                                              DEFENDANTS

ORDER

Motion, *Document No. 52*, granted in part and denied in part. The no-property-interest argument in the reply is new. The Court declines to strike the argument, but will allow Cohen the chance to respond. Cohen's sur-reply due 31 October 2011. No further briefing will be allowed.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

20 October 2011