IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHERMAN T. COHEN                                                                              PLAINTIFF

v.                                       No. 2:10-cv-34-DPM

CITY OF AUGUSTA, ARKANSAS,
a public body corporate and politic;
THE CITY COUNCIL OF THE CITY
OF AUGUSTA, ARKANSAS, a public
body corporate; JIMMY RHODES, Mayor,
City of Augusta, Arkansas, individually
and in his official capacity; and
CHARLES ALLEN, Chief of Police, City
of Augusta Police Department, individually
and in his official capacity                                                    DEFENDANTS

ORDER

The parties resolved their dispute following a settlement conference before Magistrate Judge J. Thomas Ray on 4 January 2012. Based upon the settlement agreement executed by all parties, Cohen now moves the Court to dismiss with prejudice. Motion, *Document No. 65*, granted. Cohen's amended complaint is dismissed with prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 February 2012