IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SHERMAN T. COHEN                                                                    PLAINTIFF

v.                                      No. 2:10-cv-34-DPM

CITY OF AUGUSTA, ARKANSAS,
a public body corporate and politic;
THE CITY COUNCIL OF THE CITY
OF AUGUSTA, ARKANSAS, a public
body corporate; JIMMY RHODES, Mayor,
City of Augusta, Arkansas, individually
and in his official capacity; and
CHARLES ALLEN, Chief of Police, City
of Augusta Police Department, individually
and in his official capacity                                                       DEFENDANTS

JUDGMENT

Cohen's amended complaint is dismissed with prejudice.

So Ordered.

*signature*
D.P. Marshall Jr.
United States District Judge

1 February 2012